In The Matter of Phyllis Ringel, Petitioner-Respondent,
against
11 Wooleys Lane Housing Corp., Respondent-Appellant, and J.C. Management, L.L.C., Respondent.



Appeal from a judgment of the District Court of Nassau County, First District (Michael A. Ciaffa, J.), entered March 17, 2014. The judgment, insofar as appealed from, implicitly dismissed a counterclaim by 11 Wooleys Lane Housing Corp. for attorney's fees in a special proceeding to determine the validity of a lien.




ORDERED that the judgment, insofar as appealed from, is reversed, without costs, the counterclaim by 11 Wooleys Lane Housing Corp. for attorney's fees is reinstated, and the matter is remitted to the District Court for a hearing to determine the amount of reasonable attorney's fees to be awarded to 11 Wooleys Lane Housing Corp.
Petitioner, a proprietary lessee in a cooperative owned by 11 Wooleys Lane Housing Corp. (Wooleys), commenced this special proceeding to cancel a notice to cure, asserting unpaid back maintenance, and to determine the validity of a lien placed on the shares of her cooperative apartment by Wooleys (see Lien Law § 201). Wooleys counterclaimed for the back maintenance and its attorney's fees. In a decision, the District Court found that Wooleys was entitled to recover the back maintenance, but declined to award Wooleys attorney's fees in view of petitioner's prompt request for a judicial determination of the disputed shortfall. Wooleys appeals from so much of a judgment entered pursuant to the decision as implicitly dismissed its counterclaim for attorney's fees.
Under the terms of the proprietary lease, petitioner was obligated to pay the reasonable attorney's fees incurred by Wooleys in the event Wooleys was required to defend any action or proceeding based on petitioner's default. As Wooleys established that petitioner had defaulted in paying the back maintenance charges, Wooleys was the prevailing party and thereby entitled to an award of attorney's fees (see e.g. 490 Owners Corp. v Israel, 189 Misc 2d 34 [App Term, 2d Dept, 2d & 11th Jud Dists 2001]).
Accordingly, the judgment, insofar as appealed from, is reversed, the counterclaim by 11 [*2]Wooleys Lane Housing Corp. for attorney's fees is reinstated, and the matter is remitted to the District Court for a hearing to determine the amount of reasonable attorney's fees to be awarded to 11 Wooleys Lane Housing Corp.
Marano, P.J., Garguilo and Brands, JJ., concur.
Decision Date: February 10, 2017